IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 1:23-cr-28-TBM-BWR

**DERRICK PATRICK FLANAGAN**

ORDER GRANTING MOTION TO DISMISS THE
INFORMATION AND CASE AGAINST DERRICK PATRICK FLANAGAN

BEFORE THE COURT is the Motion [7] of the United States Attorney for the Southern District of Mississippi, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the Information and case in Criminal No. 1:23-cr-28-TBM-BWR against Defendant DERRICK PATRICK FLANAGAN, the Defendant having pled guilty and having been sentenced to a felony Information in Criminal No. 1:23-cr-46-TBM-BWR. The Court finds that the Motion is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED AND ADJUDGED that the Information and case in Criminal No. 1:23-cr-28-TBM-BWR against Defendant DERRICK PATRICK FLANAGAN is hereby dismissed without prejudice. The Clerk is directed to provide a copy of this Order to the U.S. Marshal Service, U.S. Attorney's Office and U.S. Probation Office.

THIS, the _12th_ day of September, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE